UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-61055-CIV-SINGHAL

LORRAINE FRATILLA and KESHA REID,
individually and on behalf of all others similarly
situated,

    Plaintiffs,

v.

SUNPATH, LTD.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Plaintiffs' Notice of Voluntary Dismissal with Prejudice (DE [14]).  The Court having reviewed the notice and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs and attorney fees.  The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of June 2021.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF